

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC**,
Appellant

v.

Ronnie **NUNN**, individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting: Luz Elena D. Chapa, Justice
　　　　Beth Watkins, Justice
　　　　Liza A. Rodriguez, Justice

This appeal was abated to the trial court so that it could hold a hearing and make findings concerning missing exhibits. A supplemental clerk's record containing the replacement exhibits has now been filed in this court. It is therefore ORDERED that this appeal is REINSTATED on this court's docket. The appeal has been set for formal submission ON BRIEFS ONLY before this court on August 8, 2022, before the same panel consisting of Justice Luz Elena D. Chapa, Justice Beth Watkins, and Justice Liza a. Rodriguez.

It is so **ORDERED** on this 29th day of July, 2022.

PER CURIAM

ATTESTED TO: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　MICHAEL A. CRUZ, Clerk of Court